BWW#: VA-345035

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

IN RE:  

GREGORY LEE SMITH

Debtor

Case No.: 22-50110-RBC

Chapter: 13

_____

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES PURSUANT TO BANKRUPTCY RULE 2002

TO THE CLERK OF THE COURT AND TO ALL PARTIES:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Bankr. P. 2002, Barry Spear and the law offices of BWW Law Group, LLC hereby enter their appearance on behalf of U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2021-NR1 ("Creditor"), in the above-captioned case and request that notices of all papers, including, but not limited to, orders, reports, pleadings, motions, applications, or petitions, requests, disclosure statements, answering and reply papers and notices of hearings or other proceedings, whether transmitted by mail, delivery, telephone, telegraph, telex or otherwise relating to any issue which may be raised in the above-captioned case be provided to:

Barry Spear  
BWW Law Group, LLC  
8100 Three Chopt Rd.  
Suite 240  
Richmond, VA 23229  
(804) 282-0463 (phone)  
(804) 282-0541 (facsimile)  
bankruptcy@bww-law.com

Respectfully Submitted,  
BWW Law Group, LLC

Dated: March 25, 2022

___/s/ Barry Spear_____  
Barry Spear, VSB# 39152  
BWW Law Group, LLC  
8100 Three Chopt Rd.  
Suite 240  
Richmond, VA 23229  
(804) 282-0463 (phone)  
(804) 282-0541 (facsimile)  
bankruptcy@bww-law.com  
*Attorney for the Creditor*

## **CERTIFICATE OF SERVICE**

     I certify that on this 25th day of March, 2022, the following person(s) were or will be served a copy of the foregoing NOTICE OF APPEARANCE via the CM/ECF system or by first class mail, postage prepaid:

Herbert L. Beskin, Trustee
123 East Main St., Ste. 310
Charlottesville, VA 22902

William T. Harville
327 W. Main St., #3
Charlottesville, VA 22903

Gregory Lee Smith
11375 Port Republic Road
Port Republic, VA 24471

                                                  __/s/ Barry Spear_____
                                                  Barry Spear, VSB# 39152
                                                  BWW Law Group, LLC
                                                  8100 Three Chopt Rd.
                                                  Suite 240
                                                  Richmond, VA 23229
                                                  (804) 282-0463 (phone)
                                                  (804) 282-0541 (facsimile)
                                                  bankruptcy@bww-law.com
                                                  *Attorney for the Creditor*