THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF VIRGINIA

In re:

**GREGORY L SMITH**                                    Case No. 22-50110

Debtor                                                           Chapter 13

## NOTICE OF HEARING

Notice is hereby given that a hearing on Debtor's Motion to Extend Time to File Amended Schedules and Plan is scheduled to be held on **April 14, at 9:30 a.m.** The hearing in this matter will be conducted by video conference a**t https://www.zoomgov.com/j/1603692643** and may be accessed by using the **Meeting ID 160 369 2643.**

                                               /s/ William Harville
                                               *Counsel for Debtor*

William Harville
VA Bar Number: 19802
Harville Law
327 W. Main Street #3
Charlottesville, VA 22902
(434) 483-5700
william@vabklaw.com

CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2022, a true copy of the foregoing Notice was mailed to or electronically served via electronic case filing to all creditors and parties in interest at their respective addresses as listed on the mailing matrix maintained by the clerk of the court.

                                             /s/ William Harville